GS_Voluntary_Discontinuance.doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x

| | : | |
|---|---|---|
| | : | ECF CASE |
| DAVID W. MAX, et al., | : | |
| | : | 11 Civ.  3259 (LBS) (DCF) |
| Plaintiffs, | : | |
| v. | : | NOTICE OF |
| | : | VOLUNTARY |
| GS AGRIFUELS CORPORATION, et al., | : | DISMISSAL BY |
| | : | PLAINTIFF UNDER |
| Defendants. | : | FRCivP 41(a)(1)(A)(i) |
| | : | |

-----------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs hereby voluntarily dismiss their action against each of the defendants without prejudice.  None of the defendants has served an answer or a motion for summary judgment.

**Dated:**   **New York, New York**
           **July 12, 2011**

_____

**Carl E. Person**
*Attorney for the Plaintiffs*
325 W. 45th Street - Suite 201
New York, New York 10036-3803
Tel: 212-307-4444; Fax: 212-307-0247
**email:  carlpers2@gmail.com**